UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                              )
                                                    )   CASE NO. 10-30093-DOT
Jason Robert Guadalupe, Sr.                         )
Renee Guadalupe                                     )
                                                    )       CHAPTER 13
                                                    )
         Debtor(s)                                  )
                                                    )
_____

Beneficial Financial I Inc.

                                        Plaintiff

Vs.

Jason Robert Guadalupe, Sr.
Renee Guadalupe                         Debtor(s)


RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes the Debtor(s) in this matter, by counsel, and as and for Debtor(s) Response to the PLAINTIFF's Motion for Relief from Automatic Stay filed on 8/22/2013, says as follows:

1. The Debtors' have brought the account current inclusive of attorney's fees and costs.

WHEREFORE, Debtor(s) respectfully move the Court that the Motion be denied.

                                Respectfully submitted:

                                Jason Robert Guadalupe, Sr.
                                Renee Guadalupe
                                BY:  /s/ Linda D. Jennings
                                        Counsel

Linda D. Jennings, VSB#19455
Richard J. Oulton, VSB#29640
The America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Phone: (804) 506-0177
fax: (804) 201-4707

Certificate of Service

      I certify that on September 16, 2013, I sent a true copy of the foregoing Answer by ECF transmittal, first class mail, postage prepaid, via e-mail or fax to the following parties:

Abby K. Moynihan, Esquire
By ECF Transmission

Robert E. Hyman
By ECF Transmission

                                          /s/ Linda D. Jennings
                                            Linda D. Jennings